**Adeline OTTIANO**

v.

**DEPARTMENT OF EMPLOYMENT SECURITY.**

**No. 77–223–Appeal.**

Supreme Court of Rhode Island.

Dec. 11, 1980.

Lovett & Linder, Ltd., Lauren E. Jones, Providence, for plaintiff.

Charles H. McLaughlin, Providence, for defendant.

ORDER

This matter is before the court on an order directing the plaintiff to show cause why her appeal should not be dismissed since the trial justice apparently did not abuse his discretion in awarding a counsel fee. No cause having been shown to us, we hereby dismiss the appeal.

**Roger A. PRATT**

v.

**Marion I. PRATT.**

No. 80–509–Appeal.

Supreme Court of Rhode Island.

Dec. 11, 1980.

Paul P. Baillargeon, Paul P. Baillargeon, Inc., Woonsocket, for petitioner.

Dianne Curran, Rhode Island Legal Services, Inc., Providence, for respondent.

ORDER

This case came before us on a motion to show cause why the husband's appeal should not be denied and dismissed.

Cause having been shown, this case will be assigned to the regular calendar for February, 1981.

**STATE**

v.

**Charlie HAIGH.**

**No. 80–471–M.P.**

Supreme Court of Rhode Island.

Dec. 11, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., Chief, Appellate Division, for plaintiff-respondent.

Aram K. Berberian, Warwick, for defendant-petitioner.

ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C. J., did not participate.